### (April 5, 1948.)

DOROTHY H. Fox, Appellant, v. WILLIAM F. Fox, Respondent.— Motion referred to the court that rendered the decision. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. Motion to resettle order of this court dated March 1, 1948 (*ante,* p. 895), granted, and order resettled so as to include the sum of $164.10, as accrued interest, and the decision amended accordingly. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Estate of EMILY M. GALLATIN, Deceased. STATE TAX COMMISSION, Appellant; R. HORACE GALLATIN, as Executor of EMILY M. GALLATIN, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 870.]

In the Matter of HATTIE C. GOODHART, Respondent, against CITY COURT OF YONKERS, Sitting as a Court of Special Sessions, et al., Respondents, and MAX CITTERMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 858.]

In the Matter of the Application of CHARLES J. STEINBUGLER, JR., also known as CHARLES J. STEINBUGLER, for Admission to the Bar.— Application granted. Present — Lewis, P. J., Johnston, Adel and Wenzel, JJ; Carswell, J., not voting.

In the Matter of VIM ELECTRIC CO., INC., Appellant-Respondent. RETAIL & WHOLESALE EMPLOYEES UNION, LOCAL 830, Respondent-Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 870.]

LOUISIANA CONSTRUCTION CORP., Respondent, v. CORTLAND BAY SHORE CORPORATION, Appellant. (Action No. 1.) RALPH M. LAUER, Appellant, v. BENJAMIN L. MARVIN et al., Respondents. (Action No. 2.) — Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel and Sneed, JJ.; Wenzel, J., not voting. [See *ante,* p. 871.]

ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant. ALEJANDRO SAFIE et al., Appellants. (Appeal No. 3.) ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant. ALEJANDRO SAFIE, Appellant. (Appeal No. 1.) — Motions for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 866.]

JOHN M. SYMS, Respondent, v. AGRICULTURAL SOCIETY OF QUEENS AND NASSAU COUNTIES, Defendant, and HEMPSTEAD BUS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 826.]